HINSHAW & CULBERTSON LLP
*Attorneys for Defendants*
   Edward K. Lenci
   Concepcion Montoya
   Theresa Concepcion
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
Fax: (212) 935-1166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADAF SHIRVANI a/k/a KRISTY SHIRVANI, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>                -vs-<br><br>XEROX EDUCATION SERVICES, LLC, f/k/a ACS EDUCATION SERVICES, INC. and U.S. BANK, N.A.,<br><br>                Defendants. | Case No. 13-cv-7295 (LAK)<br><br>**NOTICE OF MOTION TO**<br>**TRANSFER VENUE OR DISMISS** |

      PLEASE TAKE NOTICE, that upon the accompanying Declarations of Jamie Broedel and Edward K. Lenci dated December 2, 2013, and the accompanying Defendants' Memorandum of Law in Support of Their Motion to Transfer Venue or, Alternatively, Dismiss, Defendants will move this Court, before the Honorable Lewis A. Kaplan, in the U.S. Courthouse, Courtroom 21B, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting transfer of this action to the U.S. District Court for the Northern District of New York pursuant to 28 U.S.C. §1404(a) or, alternatively, dismissing the Class Action Complaint pursuant to Rule 12(b)(6).

Dated: New York, New York
December 2, 2013

                              HINSHAW & CULBERTSON LLP
                              *Attorneys for Defendants*

                              By: _____
                                    Edward K. Lenci (EL 3207)

                              800 Third Avenue, 13th Floor
                              New York, New York 10022
                              Tel: (212) 471-6200
                              Fax: (212) 935-1166

TO:    Lawrence P. Eagel, Esq.
         Justin A. Kuehn, Esq.
         BRAGAR, EAGEL LAW FIRM
         *Attorneys for Plaintiff*
         885 Third Avenue, Suite 3040
         New York , New York 10022
         Tel: (212) 308-5858
         Fax: (212) 486-0462

130700368v1 0951942