UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

---

SADAF SHIRVANI a/k/a/ KRISTY SHIRVANI, on
behalf of herself and all others similarly situated,

        Plaintiff,

        -against-

XEROX EDUCATION SERVICES, LLC, f/k/a ACS
EDUCATION SERVICES, INC., and U.S. BANK
N.A.,

        Defendants.

---

13 cv 7295 (LAK)


**DECLARATION OF
EDWARD K. LENCI**

---

EDWARD K. LENCI declares the following to be true under the penalty of perjury:

1.      I am a partner of the law firm of Hinshaw & Culbertson LLP, attorneys for Defendants. On their behalf, I respectfully move to transfer this case to the U.S. District Court for the Northern District of New York pursuant to 28 U.S.C. § 1404(a) or, in the alternative, to dismiss Plaintiff's Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

2.      The Court is respectfully invited to refer to the accompanying Declaration of Jamie Broedel and the accompanying supporting Defendants' Memorandum of Law.

Executed this 2nd day of December 2013, in New York, New York.

_____
Edward K. Lenci (EL 3207)