UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SADAF SHIRVANI,

                Plaintiff,

        -against-                           13 Civ. 7295 (LAK)

XEROX EDUCATION SERVICES, L.L.C., et ano.,

                Defendants.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This action is transferred to the Northern District of New York, substantially for the reasons given by Magistrate Judge Peck. The question whether a magistrate judge's ruling on a transfer motion like this is case dispositive for purposes of the scope of review is immaterial in this case, as the Court would reach the same result irrespective of the answer.

        SO ORDERED.

Dated:      March 7, 2014

                                            Lewis A. Kaplan
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/14